REC'D NOV 24 2020

John W Ringer
11 S. Church St.
Jamestown, OH 45335

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| JOHN WILLIAM RINGER, | Civil No. 20-03270-CV-MDH |
| Movant, | |
| vs. | Crim No. 15-03064-01-CR-S-MDH |
| UNITED STATES OF AMERICA, | |
| Defendant | |

## MOTION TO PROCEED IN FORMA PAUPERIS

The Movant John W. Ringer pro see comes before this Honorable Court to ask to proceed in *forma pauperis* and appoint council. The movant works at minimum wage and due to the covid-19 pandemic is working reduced hours. For the movant to retain a lawyer, it would cost more than what the movant would make in a year's salary. Since the Movant is indigent, it would make sense to appoint council for proper paperwork to be filed in a timely manner, all the Rules set forth in a 2255 proceeding are followed, and because the Movant is in the Southern District Court of Ohio, Western Division Dayton, US probation Office.

Respectfully submitted,

John W Ringer

*/s/ John W Ringer*

PLEADING TITLE - 1

_____
Movant Pro Se

11 S Church St.

Jamestown, Ohio 45335

## CERTIFICATE OF SERVICE

I, the undersigned state that a true and correct copy of the foregoing motion was delivered to the Clerks office in the Western District of Missouri Southern Division Springfield by depositing same in U.S. Mail postage addressed as below on this 16 day of November, 2020 with the original and (1) copy being filed in Western District Court of Missouri Southern Division Springfield, in a like manner on the same day

United States Courthouse
222 N. John Q Hammons Parkway
Springfield, MO 65806

PLEADING TITLE - 2

