# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

JOHN WILLIAM RINGER,

    Movant,

v.        Case No. 20-03270-CV-S-MDH-P

UNITED STATES OF AMERICA,

    Respondent.

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: The Court declines to issue a certificate of appealability and this case is dismissed as having been untimely filed.

Entered on: December 14, 2020

                                            PAIGE WYMORE-WYNN
                                            CLERK OF COURT

                                            /s/ K. Willis
                                            (By) Deputy Clerk